IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                          ORDER

                Plaintiff,

                                                          04-cr-86-jcs

     v.

PATRICIA L. LEWIS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Patricia L. Lewis has moved for a reduction of her sentence under 18 U.S.C. § 3582. She alleges that she is entitled to such a reduction in light of the Sentencing Commission's decision to reduce the crack cocaine guidelines.

      As I told defendant in an order entered on May 28, 2008, the only persons eligible for sentence reductions under Amendment 706 and § 3582 are those who were sentenced for crimes involving crack cocaine. Defendant was not sentenced for any such crime. She was sentenced for attempted possession and distribution of *powder* cocaine. Therefore, her new motion must be denied.

ORDER

Defendant Patricia L. Lewis's second motion under 18 U.S.C. § 3582 is DENIED.

Entered this 28th day of October, 2008.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge